USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF NEW YORK *ex rel.* LEE FRISBIE,<br><br>*Plaintiffs*,<br>v.<br><br>ADVANCED BILLING SERVICES, INC. AND RAY CONTA,<br><br>*Defendants*. | Case No. 16 Civ. 06031 (VLB)<br><br>ORDER<br>~~NOTICE~~ OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## ORDER ~~NOTICE~~ OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff-Relator Lee Frisbie, by and through counsel and pursuant to Rule 41(a)(1)(A)(i), and 31 U.S.C. 3730(b), files her Notice of Voluntary Dismissal Without Prejudice, which is being filed before any opposing party has been served and before any opposing party has served either an answer or a motion for summary judgement. The Individual Plaintiff-Relator further states to the Court that the United States and the State of New York have informed her counsel, in writing by electronic mail messages received on November 21, 2019 and November 25, 2019, respectively, that the United States and the State of New York consent to this Voluntary Dismissal Without Prejudice, which also is without prejudice to the United States or the State of New York. On or about August 1, 2019, the United States and the State of New York filed their respective Notices of Election to Decline Intervention asking the Court to unseal this case.

1

Respectfully submitted,

*[signature]*

Randall M. Fox
Kirby McInerney LLP
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Fac: (212) 699-1194
rfox@kmllp.com

R. Scott Oswald
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, D.C. 20006
Tel: (202) 331-2883
Fax: (202) 261-2835
soswald@employmentlawgroup.com

November 26, 2019

Clerk shall close this case.

SO ORDERED: *[signature]* 1/15/2020

Hon. Vincent L. Briccetti
United States District Judge

2